# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 5, 2014

## NO. 03-13-00153-CV

**Anurekha Chadha, M.D. and Austin Regional Clinic, P.A., Appellants**

**v.**

**Sharon Rothert and Fred Rothert, Appellees**

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the interlocutory order entered by the trial court on February 11, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.